NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RADIO SYSTEMS CORPORATION AND INNOTEK, INC.,
*Plaintiffs-Appellees,*

v.

TOM LALOR AND BUMPER BOY, INC.,
*Defendants-Appellants.*

2012-1233

Appeal from the United States District Court for the Western District of Washington in case no. 10-CV-0828, Judge Robert S. Lasnik.

ON MOTION

ORDER

Radio Systems Corporation and Innotek, Inc. ("Radio Systems") move for leave to respond to Tom Lalor and Bumper Boy, Inc.'s ("Lalor") motion to strike a portion of Radio Systems's response brief. The motion to strike is presented in Lalor's reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave is deferred for consideration by the merits panel assigned to hear the case.

(2) Copies of this order and the motion and any response will be transmitted to the merits panel.

FOR THE COURT

SEP 1 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Philip P. Mann, Esq.
R. Bradford Brittian, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEP 1 4 2012

JAN HORBALY
CLERK